# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 18, 2023

Margarita Bonilla
14410 TURIN LN
CENTERVILLE, VA 20121

Appeal Number: 23-11005-D
Case Style: Margarita Rodriguez-Bonilla v. Wayne Ivey, et al
District Court Docket No: 6:21-cv-00428-JA-DAB

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including <u>05/02/2023</u> to file an Transcript Order Form.

<u>Clerk's Office Phone Numbers</u>
General Information:               404-335-6100     Attorney Admissions: 404-335-6122
New / Before Briefing Cases:       404-335-6135     Capital Cases:               404-335-6200
Cases in Briefing / After Opinion: 404-335-6130     CM/ECF Help Desk: 404-335-6125
Cases Set for Oral Argument:       404-335-6141

EXT-1 Extension of time